UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | | |
|---|---|---|
| MARSHA BENNETT, | : | |
| Plaintiff, | : | Civil Case No.: 1:17-cv-04822-NLH-AMD |
| vs. | : | **NOTICE OF** |
| CAPITAL ONE FINANCIAL CORP. | : | **VOLUNTARY DISMISSAL** |
| Defendant. | : | |
| | : | |
| | : | |

    PLEASE TAKE NOTICE that Plaintiff MARSHA BENNET hereby voluntarily dismisses with prejudice the above entitled action against Defendant CAPITAL ONE BANK (USA), N.A. (erroneously named as Capital One Financial Corp. in the Complaint).

    The parties, through their undersigned attorneys, have settled this action pursuant to a General Release and Settlement Agreement and stipulate to dismissal.

Dated: August 8, 2017.

                                     **The Law Office of Daniel Ruggiero**

                                     By: /s/*Daniel G. Ruggiero*
                                     DANIEL G. RUGGIERO
                                     ATTORNEYS FOR PLAINTIFF